UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20520-CIV-MOORE/SIMONTON

**CYPRESS CAPITAL ADVISORS LLC,**

    Plaintiff,

v.

**TELEDATOS, S.A., et al.,**

    Defendants.
_____/

### ORDER GRANTING, IN PART, PLAINTIFF'S DISCOVERY MOTIONS AS TO DEFENDANT TELEDATOS

Presently pending before the Court are Plaintiff's Motion To Compel Answers To Interrogatories From Defendant Teledatos S.A. (DE # 31) and Plaintiff's Motion To Compel Responses To Requests For Production From Defendant Teledatos S.A. (DE # 32). All discovery disputes in this case are referred to the undersigned Magistrate Judge (DE # 4).

After a careful review of the record, the undersigned has concluded that it is appropriate to grant these motions in part for the following reasons. The undersigned has entered an Order on Discovery Practices, this should make moot many of Teledatos' objections. Many of Teledatos' objections were based on the lack of a confidentiality order, which has now been entered. Furthermore, many of Teledatos' objections were based on the pendency of the Motion to Dismiss, which has now been ruled on, and on Teledatos' defense of personal jurisdiction, which it has now withdrawn.

Therefore, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion To Compel Answers To Interrogatories From Defendant Teledatos S.A. (DE # 31) and Plaintiff's Motion To

Compel Responses To Requests For Production From Defendant Teledatos S.A. (DE # 32), are **GRANTED in part**. On or before May 24, 2010, Teledatos shall file supplemental responses to the discovery. Since Teledatos was not afforded an opportunity to respond to Plaintiff's motions, they may continue to assert any objections not precluded by this Order. However, any objections must comply with the Order on Discovery Practices. The parties are also placed on notice that they must confer before any further discovery motions are filed.

**DONE AND ORDERED** in chambers in Miami, Florida, on May 14, 2010.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:
The Honorable K. Michael Moore,
　United States District Judge
All counsel of record